# BUKH LAW FIRM, PLLC
ATTORNEYS & COUNSELORS AT LAW

1123 AVENUE Z
BROOKLYN, NY 11235

TELEPHONE (718) 376-4766
FACSIMILE (718) 376-3033
www.bukhlaw.com

JUNE 12, 2019

THE HONORABLE CHERYL L. POLLACK, MAGISTRATE JUDGE
**U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**
2225 Cadman Plaza East
Brooklyn, NY 11201

*Via Case Management/Electronic Case Files (CM/ECF) system*

RE: Schneider, et al. v. O'Neill, et al. CASE NO.: 1:17cv-05416-KAM-CLP

## CASE STATUS UPDATE

Honorable Judge Pollack:

I am counsel for the Defendants in the above-stated case and write to the Court in order to provide an update and to inform the Court of the continued and troubling behavior of the Plaintiff, Dr. Tatiana Schneider. In addition I write to seek relief from the Court to protect my client from Dr. Schneider's attacks. Defendants' request for the entry of a restraining order preventing the parties from mentioning the other party's name, directly or indirectly, in public ("Public Statements"). Public Statements should include, but not be limited to posts or writings to or on the internet, articles, books, letters, speaking engagements, interviews or verbal conversations with or to third parties.

To illustrate the depth of my clients concerns, please find attached and review only a sampling of emails sent from Dr. Schneider's email to my client and others. These emails and others like them, are being sent nearly daily and are not only extremely defamatory to my client, but are also very troubling and disturbing and damaging to my client, his reputation and ability to earn a living.

Dr. Schneider has gone so far as to contact media outlets to spread such fallacious information and hateful accusations. My client has even been contacted by some of these media outlets and reporters.

Currently, the Court has issued a 90 day stay in this matter. Plaintiff is unrepresented in this matter at this time and appears to be using the stay to undertake a campaign to damage and smear my clients' name and reputation and to try and destroy his livelihood. My client has been irreparably harmed by the Plaintiff's actions and defamatory statements, and her continued behavior in this vein will only continue to increase theses irreparable damages unless some type

1

of restraining order issues preventing such defamatory and injurious behavior. My client is being vilified and is erroneously and maliciously being accused of horrendous things.

As such, Defendants request and plead for the entry of a restraining order in this matter preventing the parties from mentioning the other party's name, directly or indirectly, in public ("Public Statements"). Public Statements should include, but not be limited to posts or writings to or on the internet, articles, books, letters, speaking engagements, interviews or verbal conversations with or to third parties.

If the Court needs anything further regarding this or would like additional emails evidencing Dr. Schneider's attacks on Derek O'Neill, please don't hesitate to inquire.

I am also sending a copy of this letter directly to Plaintiffs Via First Class Mail and Registered Mail (Return Receipt Requested).

Thank you.

Sincerely,

BUKH LAW FIRM, PLLC

Chris C. Rogers
Attorneys for Defendants

Encl.

Cc: TATIANA SCHNEIDER, MD
135 Sea Breeze Ave
Apt 407
Brooklyn, NY 11224

TATIANA SCHNEIDER, MD
228 W. 71st Street
Apt. 12A
New York, NY 10023

INTEGRATIVE MEDICAL, PC
30 West 63rd Street
Suite 12N
New York, NY 10023