

**Tanya** @awaketojoy · May 27

@EVargasTV Are you doing a 2019 season of Cults and unusual beliefs? I have material on a very dangerous "messiah" who comes to NYC and LA, sexual pervert. Lawsuit is going now in Ireland. Any possibility to connect with you? @EVargasTV

**From:** Tania Schneider <tanya_s_md@yahoo.com>

**Subject: What kind of Messiah will kill people for his own karmic benefit. Decided consciously to kill the souls just to make his life easier, and became happy! It's more than Lucifer, it's an alien without soul! Filthy O'Neill! My whole family is smashed, there is no salvation anymore because of this filthy ignorant nothing.It's a horror that this alien is indifferent to others! Lying Bastard killing people's souls for his own benefits! Giving birth and developing stages of devilish staff! Infecting people with them! How I hate the cults!!**

**Date:** June 10, 2019 at 9:29:45 PM PDT

**To:** Tanya Schneider <tanya_s_md@yahoo.com>

---

**From:** Tania Schneider <tanya_s_md@yahoo.com>
**Date:** June 6, 2019 at 4:51:26 PM GMT+1
**To:** Derek O'Neill <Derek@Derekoneill.com>
**Subject: I'm working hard as a doctor. I don't want to have any troubles at night, it's been like a brainstorm against witchcraft of the highest degree. Please let's make peace starting with this day of your birthday. Release my daughter of all the witchcraft troubles she needs to face, take your hand off the students who need to hide from social activities, who you control. Please let all your dispensation for your birthday go for peace. You are given gifts of energy by brotherhood which should go for peace, this is God given world, not your "I don't care" world, I am first here". I'm sending you peace**

---

**From:** Tania Schneider <tanya_s_md@yahoo.com>
**Date:** June 6, 2019 at 2:17:16 PM GMT+1
**To:** Derek O'Neill <Derek@Derekoneill.com>
**Cc:** epower23@gmail.com
**Subject: I do t believe the white Brotherhood could permit you to terminate people' s souls, it's all your lies against us, you didn't have to take this contract. Our lives are in service, my daughter want to serve the elderly and you cut her off. Stop the violation of the universal laws, it can't be spirituality. It can't come from masters of the brotherhood. Peace has to come!**

---

**From:** Tania Schneider <tanya_s_md@yahoo.com>
**Date:** June 6, 2019 at 1:45:25 PM GMT+1
**To:** Derek O'Neill <Derek@derekoneill.com>
**Cc:** epower23@gmail.com
**Subject: Stop satanic attacks at me, my daughter, my parents and many people.**

Let this day be a new beginning of real 5 values, nonviolence and peace. I want everyone to join me in this prayer. Let be no horror but only peace to everyone in the world! Stop pretending, be this even one love, truth, peace. My daughter is crying, you blocking our life . Please be what you say you are, a positive force in the world, not a very very opposite. I believe in a human value for each person

---

**From:** Tania Schneider <tanya_s_md@yahoo.com>
**Date:** June 7, 2019 at 12:22:18 AM GMT+1
**To:** Derek O'Neill <Derek@Derekoneill.com>
**Subject: How is it possible to join the brotherhood by taking all the energy given to another person? It's robbery, sins and cruelty and i would never joined any movement together with a people who are under such control and wants to get into the brotherhood by any price. How is it hell possible?? To behave behind the walls as in worst cults with sexual misbehavior, harming others? I'm ashamed I have been part of it**

---

**From:** <enj@mailfence.com>
**Subject: Press Questions**
**Date:** June 6, 2019 at 7:52:40 PM EDT
**To:** pr@derekoneill.com
**Reply-To:** <enj@mailfence.com>

Hello,

We are doing a journalism report about some claims being made about a guru who is being sued in Ireland on charges of pedophilia.

Is this Derek O'Neill?

Or is this someone else?

Thank you,

Calamity News

---

**From:** Tania Schneider <tanya_s_md@yahoo.com>
**Subject: who is still taking the BS course where he damages people's minds. It will be in the news what's O'Neill is managing behind the closed doors, many people are damaged severely beside his bemused smile and angry emotions. It's real!!!Many technologies to invent to protect from him. Plays with all the frequencies, is it within the law??The brotherhood allows him to destroy people instead of helping from the first moment of his many fatal mistakes? So many**

have suffered demonic event not known to private people to an enormous essential. Don't give away your minds and souls, the documentary is coming out with all who suffered that love monster. It will all be in the news soon together with his young student boys sexual abuse, whom he tries to destroy now to avoid the process. Destroys our brains and activated parts of them, the whole brain will be dead. Horror beyond human understanding. He's not only horrible sexual pervert as any cult leader but much more! We all are in big danger to expose him.
Date: June 9, 2019 at 9:27:29 AM PDT
To: Tanya Schneider <tanya_s_md@yahoo.com>

Phone:
Email:

Connect with us on Facebook or Twitter or at CreaconWellnessRetreat.com



 **Derek O'Neill - Guru - Reviews**
Community group

Message

1 person likes this

Home   Posts   Reviews   Videos   Photos   Ab

## Recommendations and Reviews

## Would you recommend Derek O'Neill - Guru - Reviews?



Yes  No

Facebook Page 04:31 100%

Derek O'Neill - Guru - R...

Home  Posts  Reviews  Videos  Photos  Ab

**Derek O'Neill - Guru - Reviews**
Yesterday at 01:37

Video: Is Guru Derek O'Neill Being Sued for Pedophilia?

Calamity News has contacted Derek O'Neill to inquire about allegations of lawsuits regarding pedophilia. We have not received an answer yet, but continue to ... See more



Raising money for victims of pedophilia from a cult leader
Fundraiser



Donate

Invite | Share | ··· More

$25 raised of $2,000

Watch this video with your friends. | Start

Message

Facebook Page  04:31  100%

Derek O'Neill - Guru - R...

Home | Posts | Reviews | Videos | Photos | Ab

**Derek O'Neill - Guru - Reviews**
1 hr ·

Daily Star there are reports that Irish guru Derek O'Neill is being sued for pedophilia. You have done an article on O'Neill. Can you confirm or deny this for us?

Thank you.

https://www.facebook.com/thedailystar/



1,652,933 LIKES
Daily Star

 Message 
    


PastedGraphic-1.tiff
14K