To Whom It May Concern:

I, Dr. Tatiana Schneider, am writing this letter to Derek O'Neill. I am truly apologetic for all allegations I have been making against him for the past years. I understand my mistake of writing negative emails and express my emotions. I declare with threat of prosecution, that should I ever in the future reach out to Mr. O'Neill with negative contents, through his social media contacts and all public outlets including but not limited to Facebook, Twitter, Instagram, that the charges that Mr. O'Neill aims to drop with the receipt of this signed letter, will be reinstated with immediate effect. I allow Mr. O'Neil to show this letter to everybody, but I don't allow publishing it in his social media contacts and all public outlets. I sign this letter in the presence of my husband Vladimir Schneider, and notary under my own free will.

_Tatiana Schneider_ 02/27/2017
Tatiana Schneider / Date, printed name
Tatiana Schneider

_Vladimir_ 02/27/2017
Vladimir Schneider / Date, printed name
VLADIMIR SHNEYDER

YELENA RUVINSKAYA
Notary Public - State of New York
NO. 01RU6138024
Qualified In Kings County
My Commission Expires Dec 12, 2017

02/27/2017

YELENA RUVINSKAYA
Notary Public - State of New York
NO. 01RU6138024
Qualified In Kings County
My Commission Expires Dec 12, 2017

02/27/2017